# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 06, 2021

Ms. Eaton P. Brown
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. Harold Z. Gurewitz
Gurewitz & Raben
333 W. Fort Street
Suite 1400
Detroit, MI 48226

Mr. Daniel R. Hurley
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

      Re:  Case No. 20-1148, *USA v. James Warner*
           Originating Case No. 2:18-cr-20255-3

Dear Counsel,

  The Court issued the enclosed Order today in this case.

                                 Sincerely yours,

                                   s/Virginia Lee Padgett
                                   Case Manager
                                   Direct Dial No. 513-564-7032

cc:  Ms. Kinikia D. Essix

Enclosure

Case No. 20-1148

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

JAMES WARNER

    Defendant - Appellant

BEFORE: COLE, Chief Circuit Judge; SILER, Circuit Judge; GIBBONS, Circuit Judge;

Appellant has filed a motion to stay the mandate.

Upon consideration, of Appellant's motion to Stay the mandate,

It is **ORDERED** that the Motion is **DENIED**.

ENTERED BY ORDER OF THE COURT
Deborah S. Hunt, Clerk

Issued: April 06, 2021