UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES WARNER,

    Defendants.

_____/

Case No. 18-20255
Honorable Victoria A. Roberts

### ORDER STRIKING DOCUMENT [ECF No. 212]

The Court reviewed the government's Motion to Amend Preliminary Order of Forfeiture to Include Certain Substitute Property of Defendant James Warner [ECF No. 212]. The Court **STRIKES** that document for the following reason(s):

☐ Missing statement of concurrence. *See* Local Rule ("LR") 7.1(a).

☒ Missing required information (e.g., table of contents, concise statement of issues, controlling or most appropriate authority, index of authorities, index of exhibits, etc.). *See* LR 7.1(d)(2).

☐ Does not contain a statement of material facts with numbered paragraphs or fails to respond to statement of material facts in motion. *See* Section 1(A) of Phase II Scheduling Order (Statement of Material Facts on Motion for Summary Judgment).

☐   Wrong font size or improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.).  *See* LR 5.1(a)(2),(3).

☐   Does not comply with Rule 19(b) of the Electronic Filing Policies and Procedures, regarding filing exhibits electronically.  *See* LR 5.1.1(a).

☐   Does not comply with Local Rule 5.3, regarding filing an item under seal in a civil case.

☐   Over-length.  *See* LR 7.1(d)(3).

☐   Motion to dismiss/response to motion to dismiss relies primarily on summary judgment cases.

☐   Does not comply with the Scheduling Order (or other Order or Notice) in this case for the following reasons: _____
_____.

☐   **Other**: _____.

The document [ECF No. 212] is stricken and not part of the record. The document must be refiled in full compliance by **November 16, 2021**.

**IT IS ORDERED**.

s/ Victoria A. Roberts<br>Victoria A. Roberts<br>United States District Judge

Dated:  November 9, 2021