UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

                                                    Crim. No. 18-20255

v.                                               Hon. Victoria A. Roberts

James Warner,

        Defendant.

## Ex Parte Motion for Arrest Warrant

1. Defendant James Warner was convicted on June 5, 2019 of ten counts related to federal program bribery, theft from a federally funded program, money laundering, and obstruction of justice. (ECF No. 113, PageID.524-527).

2. On February 5, 2020, this Court sentenced Warner to ten years' imprisonment. (ECF No. 177, PageID.1770).

3. The Bureau of Prisons ordered Warner to appear at FCI Milan to begin serving his sentence at 10:00 a.m. on February 10, 2022.

4. Warner did not surrender to the Bureau of Prisons, in violation of 18 U.S.C. § 3146(a)(2).

The government requests that this Court immediately issue a warrant for Warner's arrest. A proposed arrest warrant has been submitted to the Court separately.

    Respectfully submitted,

    DAWN N. ISON
    United States Attorney

    s/Eaton P. Brown
    EATON P. BROWN
    Assistant United States Attorney
    United States Attorney's Office
    211 W. Fort Street, Suite 2001
    Detroit, MI 48226
    Phone: (313) 226-9184
    E-Mail: eaton.brown@usdoj.gov

Dated: February 10, 2022

3