UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                  Case No. 18-20255
                                  Honorable Victoria A. Roberts

JAMES WARNER,

    Defendant.

_____/

## ORDER GRANTING GOVERNMENT'S EX PARTE MOTION FOR ARREST WARRANT [ECF No. 217]

The Court **GRANTS** the Government's Ex Parte Motion for Arrest Warrant [ECF No. 217].

**IT IS ORDERED.**

s/ Denise Page Hood
Denise Page Hood*
United States District Judge
*In the absence of Victoria A. Roberts

Dated: February 3, 2022